GEORGE SHORNICK ET AL v. SUSAN P. BENNETT.

No. 6595.

**Practice in Supreme Court.**—One against whom a judgment by default has been rendered, with writ of inquiry, can not be heard on appeal to object on account of error in admitting evidence which was not objected to on the trial.

APPEAL from Jones. Tried below before Hon. J. V. Cockrell. The opinion gives a statement.

*A. H. Kirby,* for appellants.

*Cockrell & Cockrell,* for appellee.

HENRY, ASSOCIATE JUSTICE. — This was an action of trespass to try title brought by the appellee against the appellants George Shornick and Sam Shornick, and other defendants who have not appealed.

A judgment by default was rendered against appellants, which was

made final against them and the other defendants upon a trial before the court without a jury, for the land in controversy and costs of suit.    The only errors assigned relate to the admission of certain evidence on the trial and to the insufficiency of the evidence to sustain the judgment.

Plaintiff's petition showed a good cause of action, which was admitted by the default.    If there was error in admitting evidence at the trial, appellants not having then objected to it, can not be heard to do so now. The judgment is affirmed.

*Affirmed.*

Delivered May 9, 1890.